65 A.3d 690

**Joanna ANTHONY**

v.

**Peter GARRITY.**

**No. 78, Sept. Term, 2012.**

Court of Appeals of Maryland.

May 2, 2013.

Susan M. Euteneuer (Duane Morris, LLP, Baltimore, MD; T. Gary Mitchell, Highland Park, New Jersey), on brief, for Petitioner.

Steven S. Hamilton (James M. Nichols of Warnken, LLC, Towson, MD), on brief, for Respondent.

Joan Meier, Domestic Violence Legal Empowerment & Appeals Project, Predita Rostomian, Dylan Brown, Melissa Jackson, O'Melveny & Myers, LLP, Washington, DC, for Amici Curiae brief of Domestic Violence Legal Empowerment and Appeals Project, Maryland Network Against Domestic Violence, The Women's Law Center of Maryland, The House of Ruth of Maryland, Battered Women's Justice Project, National Coalition Against Domestic Violence, and University of Baltimore Legal Clinic in Support of Joanna Anthony.

Russell Butler, Executive Director, Maryland Crime Victims' Resource Center, Inc., Upper Marlboro, MD, Margaret Garvin, Executive Director, Alison Wilkinson, Staff Attorney, National Crime Victim Law Institute, Portland, OR, for Amici Curiae brief of National Crime Victim Law Institute and Maryland Crime Victims' Resource Center, Inc., in Support of Appellant Joanna Anthony.

Argued before BELL, C.J., HARRELL, BATTAGLIA, GREENE, ADKINS, BARBERA and McDONALD, JJ.

PER CURIAM ORDER.

The petition for writ of certiorari in the above-entitled case having been granted and argued, it is this 2nd day of May, 2013,

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.